**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

KAREN L. KENNERLY,

                    Plaintiff,

v.                                      CIVIL ACTION NO.   2:15-cv-01540

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

**MEMORANDUM OPINION AND ORDER**

Before the Court is Plaintiff's Complaint seeking review of the decision of the Acting Commissioner of Social Security, Carolyn W. Colvin ("Commissioner") [ECF 1].   On February 17, 2015, this action was referred to United States Magistrate Cheryl A. Eifert for submission of proposed findings and a recommendation ("PF&R").   Magistrate Judge Eifert filed her PF&R [ECF 12] on December 8, 2015, recommending that this Court affirm the decision of the Commissioner and dismiss this matter from the Court's docket.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985).   Failure to file timely objections constitutes a waiver of *de novo* review and the Plaintiff's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).   In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not

direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R were due on December 28, 2015.  To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [ECF 12], **DENIES** Plaintiff's motion for judgment on the pleadings [ECF 10], **GRANTS** the Commissioner's request for judgment on the pleadings [ECF 11], **AFFIRMS** the final decision of the Commissioner, **DISMISSES WITH PREJUDICE** the Complaint, and **DIRECTS** the Clerk to remove this case from the Court's docket.   A separate Judgment Order will enter this day implementing the rulings contained herein.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        January 7, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE